

# Fourth Court of Appeals
## San Antonio, Texas

### ORDER ON MOTION TO REVIEW SUPERSEDEAS BOND

No. 04-24-00367-CV

Anthony **MOORE**,
Appellant

v.

Jo Ann **MOORE**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 23-04-0279-CVA
Honorable Bob Brendel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETT

In accordance with this court's memorandum opinion on motion to review supersedeas bond, we affirm the ruling of the trial court on its order setting supersedeas bond and temporary orders pending appeal. Appellant Anthony Moore's motion to review the trial court's order setting the supersedeas bond is DENIED.

Further, we ORDER the STAY LIFTED on the trial court's May 28, 2024 Order Setting Supersedeas Bond and Temporary Orders Pending Appeal and any applicable provisions set forth in the final decree of divorce.

SIGNED February 12, 2025.

_____
Irene Rios, Justice